FILED: 9/03/2020
Judge John Z. Lee
Magistrate Judge Sunil R. Harjani
Lead case Number: 1:20-cv-04699
bg

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: TIKTOK, INC., CONSUMER PRIVACY
LITIGATION**

MDL No. 2948

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On August 4, 2020, the Panel transferred 6 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John Z. Lee.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Lee.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of August 4, 2020, and, with the consent of that court, assigned to the Honorable John Z. Lee.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 13, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ BROOK GUDAUSKY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
September 3, 2020

**IN RE: TIKTOK, INC., CONSUMER PRIVACY LITIGATION**

MDL No. 2948

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|---|
| | | | | |
| | **CALIFORNIA CENTRAL** | | | |
| 1:20-cv-05212 | CAC | 2 | 20−04537 | G. R. v. TikTok Inc et al |
| 1:20-cv-05213 | CAC | 2 | 20−05036 | C.H. v. TikTok, Inc. et al |
| | **CALIFORNIA NORTHERN** | | | |
| 1:20-cv-05214 | CAN | 5 | 20−03390 | A.J. v. Tiktok Inc. et al |
| 1:20-cv-05215 | CAN | 5 | 20−03555 | M.E. v. TikTok, Inc. et al |
| 1:20-cv-05217 | CAN | 5 | 20−03795 | Iyer et al v. Tiktok Inc. et al |
| | **ILLINOIS SOUTHERN** | | | |
| 1:20-cv-05218 | ILS | 3 | 20−00498 | S.M. v. TikTok Inc., et al |